1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  TOM WINDOM,                              )       No. C 10-5694 LHK (PR)
                                             )
12              Plaintiff,                   )       ORDER OF DISMISSAL
                                             )
13       v.                                  )
                                             )
14  UNKNOWN,                                 )
                                             )
15              Defendant.                   )
                                             )
16

17      On December 15, 2010, Plaintiff, proceeding pro se, filed a motion to appoint counsel,

18 which commenced this action.  The same day, the Clerk notified Plaintiff that he had not paid the

19 filing fee nor had he filed an application to proceed in forma pauperis ("IFP").  The Clerk also

20 notified Plaintiff that he failed to submit a complaint.  Along with the deficiency notices,

21 Plaintiff was provided with a new IFP application, instructions for completing it, and was

22 notified that he had to specifically include a Certificate of Funds completed and signed by an

23 authorized officer at the prison, and a stamped return envelope.  Plaintiff was further cautioned

24 that his failure to either file a completed IFP application or pay the filing fee within thirty days

25 would result in the dismissal of this action.  Plaintiff was also advised that his failure to file a

26 complaint within thirty days would result in the dismissal of this action.  To date, Plaintiff has

27 not communicated with the Court.

28      Accordingly, the instant action is DISMISSED without prejudice to Plaintiff filing a new

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Windom694dis.wpd

1  action in which he either pays the filing fee or files a completed IFP application, and files a
2  complaint.
3        The Clerk shall enter judgment and close the file.
4        IT IS SO ORDERED.
5  DATED:   1/29/11

                                          LUCY H. KOH
6                                            United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Windom694dis.wpd    2